**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**



FILED

APR 17 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.  16-cr-00084-BEN |
| vs. | |
| Eric Turner, | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, AND EXONERATE BOND |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, and the bond be exonerated.

Dated:  4/13/2017

Hon. Jill L. Burkhardt
United States Magistrate Judge